IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR140 |
| | ) | |
| v. | ) | |
| | ) | |
| PRECIOUS WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On May 5, 2014, the defendant appeared through counsel on a Petition for Warrant or Summons for Offender Under Supervision (Filing No. 54). Defendant was present and represented by Jason E. Troia. Plaintiff was represented Kimberly C. Bunjer, Assistant United States Attorney. The defendant admitted allegation number 1 contained within the Petition is true, and the Court found the defendant to be in violation of conditions of her supervised release.

The Court then proceeded to a dispositional hearing.

IT IS ORDERED that the defendant's supervised release is continued to August 13, 2014. All terms and conditions previously imposed remain in full force and effect.

DATED this 5th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court